## Bostick v. Commonwealth.

(Decided January 16, 1925.)

### Appeal from Pike Circuit Court.

Criminal Law—To Sustain Conviction, Evidence Must Show Commission of Offense Within Year Before Finding of Indictment.— To sustain conviction for manufacturing moonshine in violation of Ky. Stats., section 2554a-1, evidence must show that offense was committed within 12 months before finding of indictment.

STATON & KEESEE for appellant.

FRANK E. DAUGHERTY, Attorney General, and MOORMAN DITTO, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Reversing.

Under an indictment charging appellant with all the offenses denounced by section 2554a-1, Kentucky Statutes, the Commonwealth elected to try him for that of "manufacturing moonshine liquor." The evidence fails to disclose that the offense for which appellant was tried was committed within twelve months before the finding of the indictment.

Judgment reversed with directions to grant appellant a new trial herein.